**No. 53034.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 29208–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53035.**—Henri Bendel, Inc., et al. *v.* United States, protests 135473–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53036.**—Alliance Screw Products Company *v.* United States, protest 133839–K/1281 (Chicago).

Opinion by RAO, J. At the trial the examiner of merchandise at the port of Chicago produced a sample of the involved merchandise, which was received in evidence as exhibit 1. He described the same as an incompleted lanyard net, which is used in fishing, and testified that it is valued at more than 50 cents per pound. Upon the record presented the claim of the plaintiff was sustained.

**No. 53037.**—B. Altman & Co., Ltd., et al. *v.* United States, protests 605792–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53038.**—Hilker, Townsend & Co. et al. *v.* United States, protests 651601–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53039.**—Marshall, Field & Co., Inc., et al. *v.* United States, protests 745463–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53040.**—Florea & Co., Inc., et al. *v.* United States, protests 811032–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53041.**—Hormann, Schutte & Co., Inc., et al. *v.* United States, protests 53009–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.